| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2002 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  HULL, THOMAS G. | 2. Court or Organization  U.S. DISTRICT COURT, ED/TN | 3. Date of Report  4/21/03 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE/SENIOR | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period  1/1/03 to 12/31/03 |
| 7. Chambers or Office Address  U. S. DISTRICT COURT  220 West Depot St.  GREENEVILLE, TN 37743 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (Rental Activities) | Greeneville Office Supply (Bldg.) |
| 2. Proprietor (Rental Activities) | Thomas G. Hull Rental Accounts |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED APR 22 P 2: 30 FINANCIAL DISCLOSURE OFF.

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Tenn. Consolidated Retirement System 1099-R | 74,479.56 |
| 2. | 2003 | Financial Institutions Retirement Fund 1099-R | 5,288.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ** NOTHING TO REPORT ** | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   ** NOTHING TO REPORT ** | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   Franklin Life | Life Ins. Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, THOMAS G | 4/21/03 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Greeneville Off. Bldg. , Greeneville, TN | E | Rent | M | W | | | | | |
| 2. Thomas G. Hull Rentals, Greeneville, TN | E | Rent | O | W | | | | | |
| 3. Andrew Johnson Bankshares , Greeneville, TN | E | Div | P1 | T | | | | | |
| 4. Andrew Johnson Bank , Greeneville, TN | C | Dividend | L | T | | | | | |
| 5. Cash, Greeneville Fed. Bank Greeneville, TN (checking) | A | Interest | J | T | | | | | |
| 6. Note receivable, Brandon Hull, Greeneville, TN | B | Int | K | U | | | | | |
| 7. Middle Tenn. Life Ins., Alcoa, TN | B | Div | K | U | | | | | |
| 8. Middle Tenn. Life Ins., Alcoa, TN | A | Int | K | U | | | | | |
| 9. Cash, Andrew Johnson Bank, Greeneville, TN | A | Interest | J | T | | | | | |
| 10. Greeneville Federal Bank, Greeneville, Tennessee (CD) | C | Interest | M | T | | | | | |
| 11. Andrew Johnson Bank, Greeneville, Tennessee (CD) | A | Interest | M | T | | | | | |
| 12. ATMOS Propane, Inc. (Heritage Operating) | B | Distribution | J | W | | | | | |
| 13. ATMOS Energy Corp. | B | Dividend | K | T | | | | | |
| 14. Amsouth Bank Corp. | B | Dividend | K | T | | | | | |
| 15. Greene County Bancshares, Inc., Greene Co., Tennessee | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Re o ing | Date of Report |
|---|---|---|
| | HULL, THOMAS G | 4/21/03 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*Part I. Positions: Consists of: 1) Professional Office Building, Greeneville, Tennessee; 2) Block Storage Building, Greeneville, Tennessee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date __4-21-2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544